NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DAVID J. CORDES,**
*Claimant-Appellant*

**v.**

**DOUGLAS A. COLLINS, Secretary of Veterans Affairs,**
*Respondent-Appellee*

---

2024-1141

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 22-5183, Judge Margaret C. Bartley.

---

**ON MOTION**

---

Before STOLL, WALLACH, and CUNNINGHAM, *Circuit Judges.*

WALLACH, *Circuit Judge.*

## O R D E R

David J. Cordes moves to voluntarily dismiss his appeal with each side to bear its own costs.  The Secretary of Veterans Affairs does not oppose dismissal but requests

that "[u]nder Federal Rule of Appellate Procedure 39(a), costs should be allocated against the appellant."  ECF No. 31 at 2.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.  The appeal is dismissed with each side to bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

January 21, 2026
        Date